# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRI ACHIRI EKANGUE,

          Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,

          Respondents.

Case No. 5:26-cv-02761-PA-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT HABEAS PETITION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Grant Habeas Petition (R&R) and any relevant records as needed.  Respondents filed no timely objections to the R&R, as ordered.  As a result, the Court need not review de novo the findings and conclusions in the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

THEREFORE, the petition under 28 U.S.C. § 2241 is GRANTED in accordance with the R&R.  Petitioner Fri Achiri Ekangue (A# 245-770-347) is ORDERED released from Respondents' custody within 48 hours, subject to the same conditions of release on her own recognizance in effect at the time of her December 26, 2025 re-detention.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED:  June 6, 2026

PERCY ANDERSON
United States District Judge