**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRI ACHIRI EKANGUE,

        Petitioner,

    vs.

WARDEN OF THE ADELANTO ICE
PROCESSING CENTER, et al.

        Respondents.

CASE NO. 5:26-cv-02761-PA-SK

**JUDGMENT**

Pursuant to this Court's Order Accepting the unopposed Report and Recommendation to Grant the Petition for Writ of Habeas Corpus, **IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

Respondents must therefore release petitioner Fri Achiri Ekangue (A# 245-770-347) from custody within 48 hours, subject to the same conditions of release on her own recognizance in effect at the time of her December 26, 2025 re-detention.

The Clerk of Court is instructed to close this case.

DATED:  June 6, 2026

_____
PERCY ANDERSON
United States District Judge

1